UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| WILLIAM SIMCIC | ) | CASE NO.: 1:18-cv-01487 |
| | ) | |
| Plaintiff, | ) | JUDGE: PATRICIA GAUGHAN |
| v. | ) | |
| | ) | |
| LOCAL NO. 400 FOOD TERMINAL | ) | |
| PENSION FUND, et al. | ) | **STIPULATION FOR DISMISSAL** |
| | ) | **WITH PREJUDICE** |
| Defendants. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate that the within case is dismissed with prejudice, with each party to bear its own costs.

So Ordered.
/s/ Patricia A. Gaughan
2/11/19

Respectfully submitted:

*/s/ Scott Perlmuter*
Scott Perlmuter (0082856)
**TITTLE & PERLMUTER**
2012 West 25th Street, Suite 716
Cleveland, Ohio 44113
Phone: (216) 308-1522
Fax: (888) 604-9299
scott@tittlelawfirm.com

Thomas A. Downie (0033119) (Of Counsel)
46 Chagrin Falls Plaza #104
Chagrin Falls, Ohio 44022
Phone: 440-973-9000
tom@chagrinlaw.com

*Attorneys for Plaintiff*

and